

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00426-CV

CARY ZOLMAN AND TWALLI                                        APPELLANTS
ZOLMAN AND ALL OCCUPANTS

V.

MARK SULLIVAN AND ADRIENNE                                    APPELLEES
SULLIVAN

-----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2017-006434-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

Appellees filed a motion to dismiss this appeal as moot, explaining that the trial court had already issued a writ of possession on its forcible detainer judgment and that the writ of possession had been executed. In response, Cary Zolman filed a notice of dismissal stating that the issue appellants appealed is

---

[1]*See* Tex. R. App. P. 47.4.

moot and that appellants "are withdrawing their appeal." We agree that the appeal is moot; therefore, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f); *Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).

PER CURIAM

PANEL: BIRDWELL, WALKER, and MEIER, JJ.

DELIVERED: April 5, 2018